IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Jeffrey D Hart                                                                                           PLAINTIFF
ADC #155857

V.                              CASE NO. 4:20-cv-00167-BRW-JTK

Dexter Payne
Director, ADC                                                                                         DEFENDANT

## ORDER

Before the Court is Jeffrey Hart's Habeas Petition (*Doc.* 2) and the Government's response (*Doc.* 6). The Court is still considering Hart's petition; however, it would benefit from additional information.

For his first three claims, Hart explained why he did not exhaust his state remedies: "I didn't have all my paperwork during the time, and I was getting back stable on my medication for my mental health [i]llness. [Y]ou can see attachment for that." *Doc.* 2 at 5. In support of this contention, Hart attaches his Arkansas Department of Correction Mental Health Services Treatment Plan from April 9, 2019. *Doc.* 2 at 63-65. According to the plan, his diagnoses are Cannabis Use Disorder, Unspecified Schizophrenia Spectrum and other Psychotic Disorder, and Antisocial Personality Disorder. *See Doc.* 2 at 63. He has been prescribed Haldol. *See id.* The plan states that Hart's first goal is "Pro-social Behavior" and that Hart's problem behavior is that he "experiences Non-Reality Based Mentation." *Id.* at 64. His objective was "to reduce verbalizations that have unusual, bizarre, or irrational content." *Id.* The second stated goal is "Medication Compliance," and the problem behavior is that Hart "experiences symptoms that require routine Mental Health medication." *Id.* at 64-65. His objective was to "take medication as prescribed in the next 180 days" and to "attend 6 Case Management sessions for monitoring of

1

therapeutic effects of medications in the next 180 days." *Id.* at 65. The Court would benefit from additional details regarding Hart's mental health treatment in ADC, including but not limited to:

1. Hart's compliance with his medication and treatment plan between March 11, 2019 and February 20, 2020
2. Status updates or reports from Hart's case management sessions

Additionally, Hart attaches his Arkansas Department of Correction Time Computation Card with the handwritten comment: "how did I get hit with Habitual Offender, and I only ever been conviced [*sic*] to A.D.C twice?" *Doc.* 2 at 18. The 10CR-2018-07 criminal information states that "[t]he State of Arkansas contends that this offender should receive an extended term of imprisonment in the Arkansas Department of Correction, under the terms and conditions of A.C.A. 5-4-501, as he has been convicted of more than four felony offenses." *Doc.* 2. at 55. The Government attaches Hart's March 11, 2019 sentencing order, and it indicates that Hart was sentenced as a habitual offender for each offense under 5-4-501(b). *See Doc.* 6-1 at 39-40. The Government also attaches sentencing orders that include three of Hart's prior felony convictions. *Id.* at 43-48. The Court would benefit from additional details of Hart's criminal history, including but not limited to:

1. A complete record of Hart's convictions
2. The plea agreement used in 10CR-2018-07

The Court will hold in abeyance any ruling in this case pending receipt of the requested supplement information.

IT IS SO ORDERED this 23rd day of July, 2020.

\_

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE