IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY D HART**                                                                                      PETITIONER
*ADC #155857*

**V.**                            **CASE NO. 4:20-cv-00167-BRW-JTK**

**DEXTER PAYNE**
*Director, ADC*                                                                                          RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Petitioner Jeffrey Hart's Petition for Writ of Habeas Corpus (Doc. No. 2) is DENIED.

Hart's *Brady* and Ineffective Assistance of Counsel claims are DISMISSED WITHOUT PREJUDICE.

The remainder of Hart's claims are DISMISSED WITH PREJUDICE.

A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 20th day of October, 2020.

                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE