**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JEFFREY D HART**　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
*ADC #155857*

**V.**　　　　　　　**CASE NO. 4:20-cv-00167-BRW-JTK**

**DEXTER PAYNE**
*Director, ADC*　　　　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the petition for writ of habeas corpus is DENIED. Hart's *Brady* and Ineffective Assistance of Counsel claims are DISMISSED WITHOUT PREJUDICE, and the remainder of his claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 20th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE